UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-60413-WPD

SAMIR MEKRAMI,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

BOSTON FOUNDRY, INC., *doing business as* MADE IN COOKWARE,

    Defendant.
_____/

## **NOTICE OF PENDING SETTLEMENT**

    Plaintiff Samir Mekrami, *individually and on behalf of all others similarly situated*, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 17, 2021

    Respectfully Submitted,

    /s/ Thomas Patti    .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 17, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/ Thomas Patti                              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com