UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60413-CIV-DIMITROULEAS

SAMIR MEKRAMI, *individually and on behalf of all others similarly situated*

    Plaintiff,

vs.

BOSTON FOUNDRY, INC. d/b/a
MADE IN COOKWARE,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice") [DE 11], filed herein on April 8, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 11] is hereby **APPROVED**.

2. The case is **DISMISSED with prejudice**.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 9th day of April, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record